IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| D. BRUCE HAYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE ELLIS SCHOOL,<br><br>　　　　　Defendant. | Civil Action No. 2:18-cv-00194<br><br>Magistrate Judge Lisa Pupo Lenihan |

## ORDER

The Court has been advised that this case has settled. The only matters remaining to be completed are the payment of the settlement proceeds and the submission of a stipulation for dismissal under Fed.R.Civ.P. 41(a). It appears that there is no further action required by the court at this time. Therefore,

**IT IS ORDERED** this 31st day of October, 2018, that the Clerk of Court mark this case **CLOSED**. Nothing contained in this order shall be considered a dismissal or disposition of this action. Should further proceedings be required, either party may file a motion to re-open and this case will proceed as if this order had not been entered.

**IT IS FURTHER ORDERED** that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized including, but not limited to, enforcing settlement.

　　　　　　　　　　　　　　　　　　　　　　s/Lisa Pupo Lenihan
　　　　　　　　　　　　　　　　　　　　　　Lisa Pupo Lenihan
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　All Counsel of Record.